Douglas V. Thornton, Bar # 154956
PERKINS, MANN & EVERETT
A Professional Corporation
2222 West Shaw Avenue, Suite 202
Fresno, California 93711
Telephone (559) 447-5700
Facsimile (559) 447-5600

FILED
MAR 08 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorney for: Plaintiff UNITED STATES OF AMERICA for the use and benefit of PROGRESSIVE SERVICES, INC., d/b/a PROGRESSIVE ROOFING,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PROGRESSIVE SERVICES, INC., d/b/a PROGRESSIVE ROOFING,<br><br>Plaintiff,<br><br>v.<br><br>AEROPLATE CORP. and RONALD D. PATTERSON,<br><br>Defendants. | Case No.: 1:09-cv-01391-OWW-SMS<br><br>**ORDER CANCELLING SCHEDULING CONFERENCE AND DISMISSING ACTION** |

The parties herein having reached an agreement for settlement of this entire action, having reviewed the parties' Stipulation re Settlement, Cancellation of Scheduling Conference, and Dismissal of Action, and good cause appearing therefore,

IT IS NOW THEREFORE ORDERED, that the Scheduling Conference, set for March 11, 2010, at 8:15 a.m., in Department 3, is cancelled.

IT IS FURTHER ORDERED, that this action will be dismissed with prejudice, in its entirety, in 30 days. Each party shall bear its own fees and costs. Plaintiff's counsel shall submit an Order of Dismissal on or before April 5, 2010.

IT IS SO ORDERED.

Dated: 3-5-10

_____
Judge of the Eastern District Court