UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF PROGRESSIVE SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> AEROPLATE CORP., et al. <br><br> Defendants. | 1:09-CV-01391 OWW SMS <br><br> **ORDER DISMISSING ACTION** |

      Pursuant to the notice of voluntary dismissal filed April 1, 2010 pursuant to FRCvP 41,

      IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   August 13, 2010**          /s/ Oliver W. Wanger
                                                          UNITED STATES DISTRICT JUDGE